# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WANNA HARJO, | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-18-0076-HE-M |
| NANCY A. BERRYHILL, Acting Commissioner of the SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner") that plaintiff was not "disabled" under the terms of the Social Security Act. On September 21, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by October 12, 2018.

Neither party objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #22] and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED**.

Dated this 26th day of November, 2018.

                                                JOE HEATON
                                                CHIEF U.S. DISTRICT JUDGE